UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FINANCIAL FEDERAL CREDIT, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action H-09-2760 |
| | § | |
| GREAT LAKES EXPRESS, INC., *et al.* | § | |
| | § | |
| *Defendants.* | § | |

**FINAL DEFAULT JUDGMENT**

Pending before the court is plaintiff Financial Federal Credit, Inc.'s motion for entry of default and for default judgment against defendants Great Lakes Express, Inc., Srdjan Djukic, and Sophie P. Fisher. Dkt. 7. Defendants, having failed to answer the complaint, though duly served with process on September 1, 2, and 3, 2009, and given notice of the motion for entry of default and default judgment by certified mail, return receipt requested, have failed to appear and have wholly made default.

It is, therefore, ORDERED that this court has jurisdiction over defendants, and venue is proper in the United States District Court for the Southern District of Texas, Houston Division.

It is, therefore, ORDERED by this court that plaintiff recover from defendants Great Lakes Express, Inc., Srdjan Djukic, and Sophie P. Fisher, jointly and severally as follows:

Actual damages in the amount of $191,556.97;

Prejudgment interest thereon at the contractual default rate of eighteen percent (18%) per annum from and after July 24, 2009, until entry of judgment.;

Post-judgment interest thereon at the contractual default rate of eighteen percent (18%), as provided by law, from entry of judgment until paid; and

All costs of court.

Signed at Houston, Texas on November 16, 2009.

_____
Gray H. Miller
United States District Judge

TO ENSURE PROPER NOTICE, EACH PARTY RECEIVING THIS ORDER SHALL
FORWARD IT TO EVERY OTHER PARTY AND AFFECTED NONPARTY